**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GINA FIORE; KEITH GIPSON, *Plaintiffs-Appellants*, <br><br> v. <br><br> ANTHONY WALDEN; UNKNOWN AGENTS OF THE FEDERAL GOVERNMENT, *Defendants-Appellees*. | No. 08-17558 <br><br> D.C. No. 2:07-cv-01674-ECR-LRL <br><br><br> ORDER |

On Remand from the United States Supreme Court

Filed April 18, 2014

Before: Alfred T. Goodwin, Marsha S. Berzon, and
Sandra S. Ikuta, Circuit Judges.

**ORDER**

On February 25, 2014, the Supreme Court of the United States issued an opinion reversing this Court, and holding that the district court lacked personal jurisdiction over defendant Anthony Walden. *See Walden v. Fiore*, 134 S. Ct. 1115 (2014). We therefore remand this case to the district court with instructions to dismiss the complaint for lack of jurisdiction.